ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Mesa Machinery Services, Inc. | ) | ASBCA Nos. 59322, 59323 |
| | ) | |
| Under Contract No. SP0490-05-F-6864 | ) | |

APPEARANCE FOR THE APPELLANT:    Ryan K. Manger, Esq.
Manger Law, LLC
St. Louis, MO

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
DLA Chief Trial Attorney
Edward R. Murray, Esq.
Trial Attorney
DLA Aviation
Richmond, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 9 September 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59322, 59323, Appeals of Mesa Machinery Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals